1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 |     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
6 |     Telephone: (415) 436-6730
    FAX: (415) 436-6927

7 |

Attorneys for Respondents

8 |

UNITED STATES DISTRICT COURT

9 |

NORTHERN DISTRICT OF CALIFORNIA

10 |

SAN JOSE DIVISION

11 |

| SARBJIT SINGH, | ) | No. C 07-3875 RMW |
|---|---|---|
| | ) | |
|              Petitioner, | ) | |
| | ) | |
|   v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | STIPULATION TO BRIEFING |
| Department of Homeland Security; | ) | SCHEDULE AND [PROPOSED] ORDER |
| EDWARD C. FLORES, Chief of | ) | |
| Correction, Santa Clara County Department | ) | |
| of Correction; NANCY ALCANTAR, Field | ) | |
| Office Director, Office of Detention and | ) | |
| Removal, Immigration and Customs | ) | |
| Enforcement; ALBERTO GONZALES, | ) | |
| U.S. Attorney General, | ) | |
| | ) | |
|              Respondents. | ) | |
| | ) | |

     The Petitioner, by and through his attorney of record, and Respondents, by and through

their attorneys of record, hereby stipulate, subject to approval of the Court, to the following

briefing schedule, in light of the following:

     1. On or about March 26, 1999, Petitioner was ordered removed from the United States.  On

January 16, 2007, Immigration and Customs Enforcement placed him in custody.

     2. On July 30, 2007, Petitioner filed the instant Petition for a Writ of Habeas Corpus with

this Court.

///

STIPULATION TO BRIEFING SCHEDULE
C 07-3875 RMW

1    3.  The parties propose that the following briefing schedule be set:

2    Last day for Respondents to file Return                October 19, 2007

3    Last day for Petitioner to file Traverse                November 2, 2007

4  Dated:   September 25, 2007                Respectfully Submitted,

5                                SCOTT N. SCHOOLS
                                 United States Attorney

6

7                                _____/s/_____
                                 MELANIE L. PROCTOR[1]

8                                Assistant United States Attorney
                                 Attorneys for Respondents

9

10  Dated:   September 24, 2007            _____/s/_____
                                 MARTIN GUAJARDO

11                               Attorney for Petitioner

12
                                 **ORDER**
13
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
14

15  Dated: September _____, 2007

16                               _____
                                 RONALD M. WHYTE
17                               United States District Judge

18

19

20

21

22

23

24

25

26

27
_____
28    [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO BRIEFING SCHEDULE
C 07-3875 RMW                    2