# EXHIBIT G

**U.S. Department of Justice**
Appeals
Executive Office for Immigration Review

**Decision of the Board of Immigration**

**F**alls Church, Virginia 22041
=====================================================================
File:   A73-396-618 - San Francisco

Date:

In re:  SINGH, SARBJIT

DEC 2 3 2005

IN DEPORTATION PROCEEDINGS

MOTION

ON BEHALF OF RESPONDENT:  Guajardo, Martin Resendez, Esquire

ON BEHALF OF DHS:  Jayme Salinardi, Assistant Chief Counsel

ORDER:

    PER CURIAM.  The motion to reopen has been filed out of time and will be denied.  The final order in these proceedings was entered by the Board on September 27, 2002.  Pursuant to 8 C.F.R. § 1003.2(c)(2) (with certain exceptions not pertinent here), a motion to reopen in any case previously the subject of a final decision by the Board must be filed no later than 90 days after the date of that decision.  In the instant case, a motion to reopen would have been due on or before December 26, 2002. The record reflects, however, that the Board did not receive the motion until November 09, 2005.  The motion to reopen was therefore filed out of time.  Accordingly, the motion to reopen is denied.  The request for a stay is also denied.

_____
FOR THE BOARD

# EXHIBIT H

# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Immigration and Customs Enforcement
630 Sansome Street
San Francisco, California  94111

File No.  A73 396 618
D-13

Date:  November 18, 2005

Sarbjit SINGH
15350 Stark Street
Portland, OR 97233

**FAILED TO APPEAR**

OFFICER, DDP                    DATE

As you know, following a hearing in your case you were found deportable and the hearing officer has entered an order of deportation.  A review of your file indicates there is no administrative relief which may be extended to you, and it is now incumbent upon this Service to enforce your departure from the United States.

Arrangements have been made for your departure to _____ India _____ on (country)

_____ December 12, 2005 - Monday _____ from _____ San Francisco, California _____ on the
(date)                                              (port of departure)

_____ Transportation to be provided by the Government _____
(name of vessel, airline, or other transportation)

You should report to a United States Immigration Officer at Room   548(5th Floor)Window A
(No.)

_____ 630 Sansome Street, San Francisco, California  94111 _____ at _____ 9:30 a.m. on December 12, 2005
(address)                                                              (hour and date)

completely ready for deportation.  At the time of your departure from   San Francisco, California
(place of surrender)

you will be limited to _____ see attachment _____ pounds of baggage.

Should you have personal effects in excess of this amount, you must immediately contact

_____ Deportation Officer _____ at _____ (415) 844-5536 _____ , or call in person at the
(name of officer)                              (phone no. and ext.)

address noted above, and appropriate disposition of your excess baggage will be discussed with you.

Very truly yours,

Nancy Alcantar
Field Office Director

cc: File

atty: Earle A. Sylva

Form I-166
(Rev. 4-1-69)

SENDER

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

8040 4501 0000 0390 7005

1 8 NOV 2005

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

See Reverse for Instructions

**PS Form 3800, June 2002**    See Reverse for Instructions

SECTION ON DELIVERY

☐ Agent
☐ Addressee

nted Name)    C. Date of Delivery

s different from item 1?  ☐ Yes
very address below:    ☐ No

☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

(Extra Fee)    ☐ Yes

501 8057

102595-02-M-1540

# EXHIBIT I



U.S. Department of Homeland Security
30 Sansome St.
San Francisco, CA 94111

**U.S. Immigration
and Customs
Enforcement**

January 16, 2007

MEMORANDUM FOR:     Alien File A073 396 618

FROM:     Christopher Purfeerst
          Special Agent

SUBJECT:     Sarbjit SINGH

On January 16, 2007 Immigration and Customs Enforcement Special Agents arrested Sarbjit SINGH for violating the immigration laws on the United States.

On January 16, 2007 Customs and Border Protection Officers at the Oakland, California Seaport contacted the ICE Office of Investigation in San Francisco. CBPO Mclean stated the following: a truck in which SINGH was riding had attempted to circumvent the truck gates at the seaport. CBP Officers had re-directed the truck and it entered the truck gates. Two males were in the truck, one of which was SINGH.

Upon questioning SINGH admitted to the CBP Officers that he was a citizen of India who had previous been ordered deported. CBP Officers detained SINGH and called the ICE Office of Investigations duty officer.

ICE Special Agent Purfeerst retrieved SINGH's alien file and contacted ICE Trial Attorney Nishie regarding SINGH's legal status. Mr. Nishie stated SINGH had exhausted his legal appeals in the 9th Circuit and had failed to voluntarily depart as directed by the Immigration Judge.

ICE Special Agents Purfeerst, Lee, Beeson, and Gould responded to the Oakland Seaport. ICE Special Agents contacted SINGH who was being detained by CBP Officers. SINGH admitted to ICE Agents he was a citizen of India without any legal right to be or remain in the United States. ICE Agents placed SINGH under arrest, transported him to the San Francisco ICE Office and turned him over to ICE Detention and Removal Immigration Enforcement Agents without incident.

A review of the SINGH's Alien File indicates the following: On April 21, 1995 SINGH applied for Political Asylum in the United States and claimed he last entered the United States without inspection from Mexico on March 3, 1995. On March 26, 1999 the Immigration Judge denied SINGH's Asylum claim and withholding of removal. He was granted voluntary departure.

On April 19, 2001 SINGH's Lawful Permenant Resident wife filed a Form I-130. It was approved on November 27, 2002.

On December 13, 2004 the 9th Circuit Court of Appeals denied SING's appeal.

On November 4, 2006 SINGH filed a Joint Motion to Reopen. There was no action on this matter

# EXHIBIT J



**U.S. Department of Homeland Security**
Immigration and Customs Enforcement

---

SFR DRO 50/10

---

*Office of the Field Director*                630 Sansome Street, Room 590
                                             *San Francisco, CA  94111*

**SINGH, Sarbjit**                               **A73 396 618**
C/O IN SERVICE CUSTODY

## Notice to Alien of File Custody Review

    You are detained in the custody of the Immigration and Customs Enforcement (ICE) and you are required to cooperate with the ICE in effecting your removal from the United States.  If the ICE has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days) of either:  1) your entering ICE custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in ICE custody, the ICE Field Office Director will review your case for consideration of release on an Order of Supervision.  Release, however, is dependent on your demonstrating to the satisfaction of the Attorney General that you **will not** pose a danger to the community and **will not** present a flight risk.

    Your custody status will be reviewed on or about: **(April 16, 2007)**.  The Field Office Director may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal and immigration history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel document; and
10. Any available mental health reports.

    You must submit any documentation you wish to be reviewed in support of your release, prior to **(March 16, 2007)**, to the attention of the Officer and address below. English translations must be provided pursuant to 8 CFR 103.2(b)(3).  An attorney or other person may submit materials on your behalf. The Field Office Director will notify you of the decision in your case. Attached to this notice is a list of free or low cost legal representatives who may be able to provide assistance to you in preparing your case.

        U.S. Department of Homeland Security
        **Immigration and Customs Enforcement**
        Attn:  Custody Officer
        630 Sansome St. 6th floor
        San Francisco, CA 94111

---

### METHOD OF SERVICE

I certify that this form was provided to the alien by:    (Hand)        (Institution Mail) ℝ *THUMB*
(X) CC:  Attorney of Record or Designated Representative
(X) CC:  A-file

_____                    *ETHEL BALAYAN*          01/22/07
Signature of Officer                        Print Name of Officer          Date

**U.S. Department of Homeland Security**
Immigration & Customs Enforcement

**Warning for Failure to Depart**

| Name:<br>**SINGH, Sarbjit** | District Office:<br>**San Francisco, CA** | File #:<br>**A73 396 618** |
| --- | --- | --- |

Section 243(a) of the Immigration and Nationality Act of 1952, as amended, provides, in part, that:

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 237(a) who--

(A) willfully fails or refuses to depart from the United States within a period of 90 days* from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,

(B) willfully fails or refuses to make timely application in good faith for travel or other documents necessary to the alien's departure,

(C) connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or

(D) willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order,

shall be fined under title 18, United States Code, or imprisoned not more than four years (or 10 years if the alien is a member of any of the classes described in paragraph (1)(E), (2), (3), or (4) of section 237(a)), or both.

Nothing in this section shall make it a violation to take proper steps for the purpose of securing cancellation of or exemption from such order of removal or for the purpose of securing the alien's release from incarceration or custody.

Any action the Immigration and Naturalization Service may take to obtain a travel document for your departure or to remove you will *NOT* relieve you of the liability for compliance with the provisions of law referred to in the first paragraph above.

*Section 241(a)(1)(C) provides for the extension of that period of time if the alien refuses, during the detention period, to make application in good faith, for a travel or other document necessary for the alien's removal or departure or conspires or acts to prevent the alien's removal subject to an order of removal.

| Date Order Final:<br>**December 23, 2005** | Ordered Removed under Section:<br>**241 (a)(1)(B)** |
| --- | --- |

| **Record of Service**<br>(Check method used) | |
| --- | --- |

| (    )    **Record of Personal Service** | |
| --- | --- |

| Served By: (Print Name and Title of Officer)<br>**Ethel Balayan, Deportation Officer** | | Date:<br>**01/22/07** |
| --- | --- | --- |
| Officer's Signature: | Location of Service:<br>**San Francisco, CA** | |
| Served On: (Alien's Signature)<br>*Sarbjit Singh* | | Date:<br>**1-22-07** |

| (    )    **Warning administered in Court**<br>(Copy of order attached) | Record of Personal Service (Cont) |
| --- | --- |
| (    )    **Certified Mail Service** | Fingerprint of Alien (Specify finger used) |
| **Attach certified mail receipts here.** | (R) INDEX |

Form I-229(a)
(Revised 08/20/01)

# INSTRUCTION SHEET TO DETAINEE REGARDING REQUIREMENT TO ASSIST IN REMOVAL

The following is a list of things you are required to complete within 30 days of receiving this form, in order comply with your obligation to assist in obtaining a travel document:

*Mandatory requirements will be checked off by the INS officer depending on the facts of each case. Failure to comply or provide sufficient evidence of your inability to comply, may result in the extension of the removal period and subject you to further detention. In addition, you may be subject to criminal prosecution. If you need assistance in complying with any of the requirements, please contact a Deportation Officer.*

- **X** Submit passports (current and expired) to the INS. If you have a copy of your passport, you are to submit it.
- **X** Apply for a travel document/passport from your embassy or consulate, or directly from your government in your native country, or any other embassy or consulate of your native country in another country.
- **X** Comply with all instructions from all embassies or consulates requiring completion of documentation for issuance of a travel document.
- **X** Submit to the INS birth certificates, national identification cards, and any other document issued by a foreign government indicating your citizenship, nationality, place of birth, and place of residence prior to entering the United States.
- **X** Provide names and addresses of family and friends residing in the United States and request that they contact your embassy or consulate in the United States, in order to facilitate the issuance of a travel document.
- **X** Provide names and addresses of family and friends residing in your country of citizenship and request family and friends residing abroad contact your government in reference to issuing a travel document.
- **X** You are required to take measures to request reinstatement of your previous nationality, register as required, or take any other action that will ensure the issuance of a travel document and your removal from the United States.
- **X** Provide INS with written copies of requests to embassies or consulates requesting issuance of a travel document.
- **X** Provide INS with written copies of responses from embassies or consulates regarding your requests.
- ☐ Solicit permission from another country, which may be able to accept you, to enter that country to effect your removal from the United States.
- ☐ Other:_____.

Alien's Signature _Sarbjit Singh_          A Number **A73 396 618**

Served by _ETHEL BALAYAN_ on _01/22/07_ at _SAN FRANCISCO, CA_          (R) INDEX
         Officer's Name              Date          Location

**To be served with I-229 (a) no later than 30 days after the final order**

(Rev. 10/24/02)