# EXHIBIT K

Office of Detention and Removal Operations

U.S. Department of Homeland Security
630 Sansome St., 5th Floor
San Francisco, CA 94111



**U.S. Immigration and Customs Enforcement**

February 13, 2007

Embassy of India
Attn: Mr. R.K. Chhibber, Consular Section
2107 Massachusetts Avenue, N.W.
Washington, D.C. 20008

Re: **Sarbjit SINGH, A73 396 618**

Dear Mr. Chhibber:

The above subject, a native and citizen of India, is currently in the custody of U.S. Immigration and Customs Enforcement pursuant to a final order of removal. It is now incumbent upon this office to effect his removal from the United States. As such, it is respectfully requested that a travel document be issued to allow his return to India.

Enclosed, you find a photocopy of Mr. Singh's Birth Certificate.

To reduce detention time and costs, your expeditious handling of this request would be greatly appreciated. If we may be of any assistance in this matter of mutual interest, please do not hesitate to contact Deportation Officer Balayan at (415) 844-5580 or, Supervisory Deportation and Detention Officer Grinberg, at (415) 844-5516.

Sincerely,

Nancy Alcantar
Field Office Director

Enclosures

# EXHIBIT L



**U.S. Department of Homeland Security**
Immigration and Customs Enforcement

SFR DRO 50/10

*Office of the Field Director*  630 Sansome Street, Room 590
San Francisco, CA 94111

SINGH, Sarbjit                                                                                A# 73 396 618
C/O IN SERVICE CUSTODY

# Decision to Continue Detention
# Following File Review

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

   *(1)* Your removal has been delayed through your filing of a second Petition for Review with the US Court of Appeals for the Ninth Circuit, and the resulting automatic stay of removal.

   (2) Travel documents are normally issued by the government of India in 6 to 8 months. The Agency is actively pursuing your travel document, and expects that one will be issued shortly.

Based on the above, you are to remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to effect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

**Decision to Continue Detention Following File Review**
Page 2
SINGH, Sarbjit, A73 396 618

Therefore, pursuant to the authority contained in Sections 236 and 241 of the Immigration and Nationality Act, and parts 236 and 241 of the Code of Federal Regulations, I have determined that you shall continue to be detained in the custody of this Agency pending further review.

Your custody case will remain with this unit. **This unit will conduct further review in one year or when the Ninth Circuit Court of Appeals has made a decision in your case.** You will be notified of this at the earliest possible convenience. It is in your best interest to maintain proper behavior while awaiting this review. If you have any questions please contact: <u>Assessment Officer</u> at:

U.S. Department of Homeland Security
Immigration and Customs Enforcement
630 Sansome Street
San Francisco, CA 94111
Attn: Detained Case Unit/6th Floor

_____    4/17/07
Nancy Alcantar / Field Office Director        Date

---

## PROOF OF SERVICE

(1) **Personal Service (Officer to complete both (a) and (b) below.)**

(a) I __Volskaya, Yelena__, __IEA__,
   Name of ICE Officer                Title
certify that I served __SINGH, Sarbjit__ with a copy of
                        Name of detainee
this document at __Santa Clara County__ on __04/20/07__, at __14:20__.
                   Institution                  Date           Time

(b) I certify that I served the custodian __Volskaya, Yelena__,
                                           Name of Official
__IEA__, at __Santa Clara County__, on __04/20/07__
 Title        Institution
__04/20/07__ with a copy of this document.
  Date

**OR**

(2) **Service by certified mail, return receipt. (Attach copy of receipt)**

I _____, _____, certify
  Name of ICE Officer           Title
that I served _____ and the custodian _____
              Name of detainee                            Name of Official
with a copy of this document by certified mail at _____ on ___
                                                   Institution        Date

( ) CC: Attorney of Record or Designated Representative
(X) CC: A-File
(Page 2 of 2)

# EXHIBIT M



पी सी ओ — 7      PCO-7

आपाती प्रमाणपत्र
**EMERGENCY CERTIFICATE**

नम्बर N⁰ 863062

यह प्रमाणित किया जाता है ..................
.................................. ने आपाती प्रमाणपत्र पाने
के लिए मुझे आवेदनपत्र दिया है और मेरे पास ऐसा कोई कारण नहीं
है कि मैं उनके बयान पर सन्देह करूँ ।

This is to certify that SARBJIT SINGH
has applied to me for the grant of an Emergency Certificate
and that I have no reason to doubt his / her statement.

Seal

जारी करने वाले अधिकारी
के हस्ताक्षर
Signature of Issuing Authority.
Jaladhi Mukherjee
Vice Consul
Consulate General of India
San Francisco (USA)

तारीख Date: OCT 04 2007

नम्बर N⁰ 863062

विवरण
**DESCRIPTION**

(क) व्यवसाय / (a) Profession: TAXI DRIVER

(ख) राष्ट्रीयता / (b) National Status: INDIAN

(ग) पिता / पति का नाम / (c) Father's / Husband's name: GURDIAL SINGH

(घ) जन्म का स्थान और तारीख / (d) Place and date of birth: HOSHIARPUR PB 04 AUG 1972

(ङ) भारत में पता / (e) Address in India: DAGANA KALAN HOSHIARPUR PB

(च) प्रकट विशिष्ट चिह्न, यदि कोई हों / (f) Visible distinguishable mark, if any: —

(छ) कद / (g) Height: 5'

(ज) बालों का रंग / (h) Colour of hair: BLACK

(झ) आँखों का रंग / (i) Colour of eyes: BROWN

नम्बर N⁰ 863062

प्रमाणपत्रधारी के साथ एक बच्चा है / ...... बच्चे हैं, जिसका / जिनका ब्यौरा नीचे दिया गया है :

The holder is accompanied by a child / ........ children whose particulars are shown below:

बच्चों का ब्यौरा
Particulars of child / children.

| क्रमांक S. No. | नाम Name | जन्म की तारीख़ Date of birth | लड़का / लड़की Sex |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

PB
2
B

प्रमाणपत्रधारी के हस्ताक्षर
Signature of Bearer.

3

---

नम्बर N⁰ 863062

यह प्रमाणपत्र केवल ............................. से होकर ............................. तक की यात्रा के लिए वैध है।

This certificate is only valid for journey to ........ INDIA ........................ via ........

अवधि बढ़ाई न जाए तो इस प्रमाणपत्र की वैधता निम्नलिखित तारीख़ को समाप्त होती है :

Unless renewed the validity of this certificate expires
on ......03 DEC 07.........................

तारीख़, जिस तक नवीकृत किया
Renewed up to }  ........................

जारी करने का स्थान
Issued at } ........................

तारीख़
Date } ........................

4

नम्बर N⁰ 863062
वीज़ा
VISAS

SANF/CONS/410/11/07
DEPORTATION
BEING DEPORTED BY THE US GOVT
AT THE US GOVT EXPENSE
NOT AT THE EXPENSE OF GOVT OF INDIA
REF LETTER FROM ADGP INTEL PB
DATED 13/04/07
REF NO 1941-43/21/07/PCP-6



Jaladhi Mukherjee
Vice Consul
Consulate General of India
San Francisco (USA)

नम्बर N⁰ 863062
वीज़ा
VISAS

टिप्पणी : इस आपाती प्रमाणपत्र को पास रखने से प्रमाणपत्रधारी को यह छूट नहीं मिलजाती कि वह गंतव्य देश में लागू आप्रवास विनियमों का पालन न करे अथवा जहाँ वीज़ा लेना आवश्यक हो, वहाँ उसे न ले ।

N. B.— The possession of this Emergency Certificate does not exempt the holder from compliance with any immigration regulations in force in the country of destination or from the necessity of obtaining a visa when required.