JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

　　　450 Golden Gate Avenue, Box 36055
　　　San Francisco, California 94102-3495
　　　Telephone: (415) 436-6730
　　　FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SARBJIT SINGH, | ) | No. C 07-3875 RMW |
| Petitioner, | ) | |
| v. | ) | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; et al., | ) | NOTICE OF RELEASE |
| Respondents. | ) | |

///
///
///
///
///
///
///
///
///
///
///

NOTICE OF RELEASE
C 07-3875 RMW

1

On July 30, 2007, Petitioner filed a Petition for a Writ of Habeas Corpus seeking release

2

from the Department of Homeland Security ("DHS") custody. Respondents filed a traverse on

3

October 19, 2007. Undersigned counsel has learned that on March 13, 2008, Petitioner was released

4

from DHS custody. See Declaration of Melanie Proctor; Exhibit A. Accordingly, the Petition

5

should be dismissed as moot.[1]

6

Dated: August 1, 2008                                    Respectfully submitted,

7

JOSEPH P. RUSSONIELLO
United States Attorney

8

9

_____/s/_____

10

MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Respondents

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

_____

27

[1]As explained in the Proctor Declaration, Petitioner's counsel of record is no longer licensed

28

to practice law. Undersigned counsel's attempts to discover who represents Petitioner in this matter
have gone unanswered. Proctor Decl., pp. 1-2 ¶ 3.

NOTICE OF RELEASE
C 07-3875 RMW                                    2