JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARBJIT SINGH, | No. C 07-3875 RMW |
|     Petitioner, | |
| v. | DECLARATION OF MELANIE PROCTOR |
| MICHAEL CHERTOFF, et al., | |
|     Respondents. | |

I, Melanie Proctor, declare and state as follows:

    1.    I am employed by the United States Attorney's Office, Northern District of California, as an Assistant United States Attorney. My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the above-captioned matter.

    2.    On Thursday, July 31, 2008, Immigration and Customs Enforcement informed me that Petitioner was released from custody on March 13, 2008. ICE provided me with the attached computer print out, the highlighted portion of which shows that he has been released. A true and correct copy of the computer print out is attached hereto as Exhibit A.

    3.    Upon filing the recent Ninth Circuit decisions with the Court, I noted that Petitioner's counsel of record is still Martin Guajardo. Mr. Guajardo is no longer a licensed attorney. See

PROCTOR DECLARATION
No. C 07-3875 RMW

1  Guajardo v. Mukasey, No. 08-1929 PJH, 2008 WL 1734517 (N.D. Cal. Apr. 11, 2008). I contacted Mr. Guajardo's former office telephonically and through letters faxed to that office to inquire whether attorneys in that office continue to represent Petitioner. To date, I have not had a response to those inquiries.

Signed this 1st day of August, 2008, in San Francisco, California.

                                              /s/
                                   MELANIE L. PROCTOR

EXHIBIT A

A-NUM: 073396618         LAST NAME: SINGH
DCO: SFR                 FIRST NAME: SARBJIT                   NATLTY: INDIA

        CHG-DOC-ISSUED: 07/07/1995         DATE-WA-ISSUED: 03/11/2008
        CHG-DOC-SERVED: 07/10/1995         DATE-WA-SERVED: 03/11/2008
                                           CONSUL-NOTIF:

        BOND-AMT-REQUIRED: 050000          BOND-TERM-STATUS:
        BOND-AMT-POSTED:   050000          DATE-BOND-POSTED: 03/12/2008

        STAT-RECOG-SUPER:                  DATE-STATUS-RECOG-SUPER:

        DET-LOC-ID: SCNORCA                DATE-BOOKED-IN: 01/16/2007
        DATE-RELEASED: 03/13/2008          RELEASED-TO: OSUP

        DATE-ENTERED: 01/16/2007           VR-USM:
        DET-FAC-TYPE: NSD                  DET-DCO: SFR

                                                           PF7 - DET LOC ID LIST
                    COMMAND: CUST      A-NUM: 073396618
FIRST PAGE OF DATA