Teresa Salazar-Cosmos (CA#194050)
IMMIGRATION PRACTICE GROUP
A Professional Corporation
555 Clay Street
San Francisco, CA  94111
Tel: (415) 398-3852
Fax: (415) 296-8730

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Sarbjit Singh, | |
|---|---|
| Plaintiffs, | 5:07-cv-03875-RMW |
| v. | |
| Michael Chertoff, Sec. of DHS, et. al., | |
| Respondents | |

SUBSTITUTION OF ATTORNEY FOR PLAINTIFF

MAY IT PLEASE THE COURT:

COME NOW, Plaintiff, hereby moving the Court to substitute Teresa Salazar-Cosmos, Esquire, from Immigration Practice Group, A Professional Corporation, at 555 Clay Street, San Francisco, California 94111, as his attorney of record in this matter in lieu of Martin Resendez Guajardo. Martin Resendez Guajardo respectfully requests permission to withdraw as counsel of record in this matter.

I remain, respectfully yours,

I consent to the above substitution:

August 1, 2008

1

/s/ Martin Resendez Guajardo

_____
MARTIN RESENDEZ GUAJARDO

Above substitution accepted:

August 1, 2008

/s/ Teresa Salazar-Cosmos

_____
TERESA SALAZAR-COSMOS
Counsel for the Petitioner
IMMIGRATION PRACTICE GROUP
A PROFESSIONAL CORPORATION
555 CLAY STREET
San Francisco, California 94111
T: (415) 398–3852
F: (415) 296–8730

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August 2008 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Melanie Lea Proctor
United States Attorney's Office
Civil Division
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
(415) 436-6730
Fax: (415) 436-6927
Email: Melanie.Proctor@usdoj.gov


s/Teresa Salazar-Cosmos

TERESA SALAZAR-COSMOS
Attorney for Petitioner