**E-FILED on** 8/7/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARBJIT SINGH<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDWARD C. FLORES, Chief of Correction, Santa Clara County Department of Correction; NANCY ALCANTAR, Field Office Director, Office of Detention and Removal, Immigration and Customs Enforcement; PETER D. KEISLER, U.S. Attorney General,<br><br>Respondents. | No. C 07-03875 RMW<br><br>ORDER DENYING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS<br><br>**[Re Docket No. 1]** |

Sarbjit Singh filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, contending that his continued detention during the pendency of his Ninth Circuit appeal of his removal is unlawful. The court has been informed by counsel for respondents that petitioner was released from custody on March 13, 2008. The court contacted counsel of record for petitioner to confirm that Singh had been released from custody. Substituted counsel, Teresa Salazar, confirmed that he had been.

1   As petitioner is no longer under detention and his habeas petition was based solely on his
2   continued detention pending the determination of his Ninth Circuit appeal, his petition is denied as
3   moot.  The clerk shall close the file.

DATED:  8/7/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS—No. C 07-03875 RMW
MAG                                            2

**Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**

Martin Resendez Guajardo    guajardolaw@yahoo.com

Teresa Salazar-Cosmos
555 Clay Street
San Francisco, CA  94111

**Counsel for Respondent:**

Melanie Lea Proctor    Melanie.Proctor@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    8/7/08                                                  /s/ MAG
                                                                           **Chambers of Judge Whyte**

ORDER DENYING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS—No. C 07-03875 RMW
MAG                                                                                         3